# Exhibit A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 24.107.98.16 | 04/08/2012 07:35:31 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Charter Communications | Missouri |
| 2 | 64.251.146.129 | 04/11/2012 09:16:35 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Fidelity Communication International | Missouri |
| 3 | 108.212.172.246 | 05/08/2012 04:58:48 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | SBC Internet Services | Missouri |
| 4 | 207.119.213.165 | 05/11/2012 11:48:48 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Missouri |
| 5 | 174.125.72.19 | 05/19/2012 06:30:06 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Missouri |
| 6 | 69.10.107.106 | 05/25/2012 12:48:45 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CableAmerica Corporation | Missouri |
| 7 | 69.179.107.203 | 06/05/2012 10:31:08 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Missouri |
| 8 | 75.20.138.101 | 06/08/2012 06:44:10 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | SBC Internet Services | Missouri |
| 9 | 207.119.199.211 | 06/10/2012 01:29:03 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Missouri |
| 10 | 99.53.199.35 | 06/15/2012 10:14:01 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | AT&T Internet Services | Missouri |
| 11 | 209.105.148.209 | 06/16/2012 05:15:35 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Fairpoint Communications | Missouri |
| 12 | 99.179.49.228 | 06/17/2012 08:41:39 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | AT&T Internet Services | Missouri |
| 13 | 75.121.251.180 | 06/25/2012 10:19:03 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Missouri |
| 14 | 50.27.225.178 | 06/25/2012 10:41:34 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Suddenlink Communications | Missouri |
| 15 | 216.106.65.166 | 06/28/2012 01:04:16 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Socket Internet | Missouri |
| 16 | 207.119.199.111 | 06/30/2012 12:02:13 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Missouri |
| 17 | 69.29.214.230 | 07/14/2012 01:42:12 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | CenturyTel Internet Holdings | Missouri |
| 18 | 69.76.239.22 | 07/16/2012 10:18:31 | 3B227E4AC8C1BD1EBE795406C1CC1B16F3AFB3FF | Road Runner | Missouri |